# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br>Gonzalo Robles,<br><br>　　　　　　　　　　Defendant. | Case No. 17-cr-01415-MMA<br><br>JUDGMENT ~~OF DISMISSAL~~<br><br>FILED<br>SEP 27 2018<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　　　　　　　　DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

　　8:1324(a)(2)(B)(iii); 18:2 - Bringing in Aliens Without Presentation and Aiding and Abetting (1)

Dated: 9/27/2018

Hon. Nita L. Stormes
United States Magistrate Judge